IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIPPE E. ST. JUSTE | : | CIVIL ACTION |
|     Plaintiff, | : | NO._____ |
| | : | |
| vs. | : | FORMERLY |
| | : | COURT OF COMMON PLEAS |
| JPMORGAN CHASE BANK, N.A., | : | TRIAL DIVISION- CIVIL |
| | : | |
| CITY OF PHILADELPHIA | : | APRIL TERM, 2025 |
| OFFICE OF RISK MANAGEMENT, | : | No. 2123 |
| | : | |
|     Defendants. | : | |

**DEFENDANTS' JOINT NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants, the City of Philadelphia[1] (the "City") and JPMorgan Chase Bank, N.A. (collectively, "Defendants"), by and through their undersigned counsel, timely remove this action from the Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania. In support thereof, Petitioners state the following:

    1.    On April 16, 2025, Pro Se Plaintiff, Philippe St. Juste ("Plaintiff"), initiated this action by complaint in the Court of Common Pleas in Philadelphia, April Term, 2025; No. 2123.

    2.    In the initial complaint, Plaintiff named JPMorgan Chase Bank N.A. and the City as defendants.

    3.    Plaintiff's complaint asserted facts related to injuries he allegedly sustained after being tased by police officers when Plaintiff refused to leave a Chase branch.

    4.    Plaintiff's initial complaint contained no counts and it was unclear what claim or

---

[1] Pursuant to 53 P.S. Section 16257, operating departments of the City of Philadelphia are not separate legal entities and as such are not amenable to suit. Therefore, Office of Risk Management will respond as the City of Philadelphia.

claims he was asserting against Defendants.

5. JP Morgan Chase Bank responded to this Complaint with preliminary objections on May 23, 2025 seeking an order dismissing Plaintiff's Complaint without prejudice and leave to file an Amended Complaint identifying the causes of action asserted.

6. The City also responded to this Complaint with preliminary objections filed June 12, 2025, asking the court to dismiss the complaint pursuant to Pa.R.C.P 1028(2)(4) for legal insufficiency.

7. The same day, Plaintiff filed a response to JPMorgan Chase Bank's preliminary objections.

8. On July 10, 2025, the Philadelphia Court of Common Pleas sustained JPMorgan Chase Bank's preliminary objections and ordered Plaintiff to file an Amended Complaint that complies with the Pennsylvania Rules of Civil Procedure within twenty (20) days.

9. Following this order, Plaintiff filed his First Amended Complaint on July 29, 2025. (A true and correct copy of the First Amended Complaint is attached hereto at **Exhibit A**.)

10. A copy of the First Amended Complaint was deemed served under Pa. R.C.P. 205.4(g)(2) on July 29, 2025, when it was accepted for filing by the Philadelphia Court of Common Pleas' Office of Judicial Records.

11. The First Amended Complaint brings claims under 42 U.S.C. §1983 and "Pennsylvania Common Law."

12. At Counts III, V, and VIII of the First Amended Complaint, Plaintiff seeks relief against the City pursuant to 42 U.S.C. § 1983 for alleged deprivations of his rights protected by the Constitution of the United States. *See* Exhibit A.

13. The First Amended Complaint asserts claims arising under federal law for the first

time.

14. 28 U.S.C. § 1331 states that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

15. Per 28 U.S.C. § 1331, the United States District Court for the Eastern District of Pennsylvania has original jurisdiction over these claims.

16. Per 28 U.S.C. § 1441(c)(1)(b), when an action contains both state and federal law claims "the entire action may be removed if the action would be removable without [the state law claims]."

17. Per 28 U.S.C. § 1446 (b)(3), "if the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, *of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.*" (emphasis added).

18. The pleading which first included claims under federal law and made the case removable was the First Amended Complaint, was served upon the City on July 29, 2025.

19. This Notice of Removal is therefore timely because it has been filed within thirty (30) days of the receipt of the complaint containing claims under federal law as required by 1446(b).

20. The United States District Court for the Eastern District of Pennsylvania is the Court embracing the place where Plaintiff filed his state court complaint.

21. Therefore, venue is proper in this Court pursuant to 28 U.S.C. § 1441(a).

22. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders received by the Defendants in the action, excluding the Amended Complaint, which is attached as

Exhibit A, are attached as **Exhibit B**.

23. True and correct copies of this Notice of Removal with accompanying exhibits and separate Notice to State Court of Filing of Notice of Removal, a copy of which is attached hereto as **Exhibit C**, will be served upon Plaintiff and filed with the Office of Judicial Records of the Court of Common Pleas of Philadelphia County, Pennsylvania, in accordance with the provisions of 28 U.S.C. § 1446(d).

24. In filing or consenting to this Notice of Removal, Petitioners do not waive any available defenses in this action.

**WHEREFORE,** Petitioners, City of Philadelphia and JP Morgan Chase Bank, respectfully requests that the captioned Complaint be removed to the United States District Court for the Eastern District of Pennsylvania.

| CITY OF PHILADELPHIA LAW DEPARTMENT | PEREZ & MORRIS LLC |
|---|---|
| BY: /s/ Dominique Holly<br>Assistant City Solicitor<br>PA Attorney I.D. No. 335009<br>1515 Arch Street, 15th Floor<br>Philadelphia, PA 19102<br>Phone: (215)- 683-5004<br>Fax:   (215) 683-5299<br>Dominique.holly@Phila.Gov | By: /s/ T. Justin Chapman<br>T. Justin Chapman<br>PA Attorney I.D. No. 205598<br>1600 John F. Kennedy Blvd., 1050<br>Philadelphia, PA 19103<br>T: (215) 692-1234<br>F: (267) 764-1152<br>jchapman@perez-morris.com |

DATED: August 18, 2025

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIPPE E. ST. JUSTE | : | CIVIL ACTION |
| Plaintiff, | : | NO._____ |
| | : | |
| vs. | : | FORMERLY |
| | : | COURT OF COMMON PLEAS |
| JPMORGAN CHASE BANK, N.A. | : | TRIAL DIVISION- CIVIL |
| CITY OF PHILADELPHIA, | : | APRIL TERM, 2025 |
| | : | No. 2123 |
| | : | |
| Defendants. | : | |

### NOTICE OF FILING OF REMOVAL

TO:   Philippe St. Juste
      1227 Magee Ave
      Philadelphia, PA 19111

**PLEASE TAKE NOTICE THAT** on August 18, 2025 Defendants, City of Philadelphia and JP Morgan Chase Bank filed, in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania, a verified Notice of Removal.

A copy of this Notice of Removal is attached hereto and is also being filed with the Clerk of the Court of Common Pleas of Philadelphia County, pursuant to Title 28, United States Code, Section 1446(e).

CITY OF PHILADELPHIA
LAW DEPARTMENT

BY:   /s/ Dominique Holly
      Assistant City Solicitor
      PA Attorney I.D. No. 335009
      1515 Arch Street, 15th Floor
      Philadelphia, PA 19102
      Phone: (215)- 683-5044
      Fax:   (215) 683-5299
      Dominique.holly@Phila.Gov

DATED: August 18, 2025

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PHILIPPE E. ST. JUSTE | : | CIVIL ACTION |
|    Plaintiff, | : | NO._____ |
| | : | |
| vs. | : | FORMERLY |
| | : | COURT OF COMMON PLEAS |
| JPMORGAN CHASE BANK, N.A. | : | TRIAL DIVISION- CIVIL |
| CITY OF PHILADELPHIA, | : | APRIL TERM, 2025 |
| | : | No. 2123 |
| | : | |
|    Defendants. | : | |

**CERTIFICATE OF SERVICE**

    I, Dominique Holly, do hereby certify that a true and correct copy of the attached Notice of Removal has been served upon Plaintiff on the date indicated below:

TO:   Philippe St. Juste
        1227 Magee Ave
        Philadelphia, PA 19111

Date:  August 18, 2025

                                        BY:   /s/ Dominique Holly
                                        Assistant City Solicitor
                                        PA Attorney I.D. No. 335009
                                        1515 Arch Street, 15th Floor
                                        Philadelphia, PA 19102
                                        Phone: (215)- 683-5004
                                        Fax: (215) 683-5299
                                        Dominique.holly@Phila.Gov

                                        *Attorney for Defendant City of Philadelphia*

Case 2:25-cv-04742     Document 1     Filed 08/18/25     Page 7 of 7